M.H.Z. Physical Therapy, P.C., as Assignee of Augustine, Gregory, Respondent,
against
MVAIC, Appellant. 




Marshall & Marshall, PLLC (Barbara Carabell of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Steven Z. Mostofsky, J.), entered August 19, 2016, deemed from a judgment of that court entered September 8, 2016 (see CPLR 5501 [c]). The judgment, entered pursuant to the August 19, 2016 order denying defendant's motion for summary judgment dismissing the complaint and granting plaintiff's cross motion for summary judgment, awarded plaintiff the principal sum of $147.62.




ORDERED that the judgment is reversed, with $30 costs, the order entered August 19, 2016 is vacated, defendant's motion for summary judgment dismissing the complaint is granted, and plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) moved for summary judgment dismissing the complaint on the ground, among others, that the action had been commenced after the statute of limitations had expired and plaintiff cross-moved for summary judgment. The Civil Court denied defendant's motion and granted plaintiff's cross motion. 
For the reasons stated in Compas, as Assignee of Vital, Joseph Emmanuel v MVAIC (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-387 K C], decided herewith), the judgment is reversed, the order entered August 19, 2016 is vacated, defendant's motion for [*2]summary judgment dismissing the complaint is granted, and plaintiff's cross motion for summary judgment is denied.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 02, 2019